FINDINGS OF FACT.

The taxpayer during the years in question was engaged in the saloon and restaurant business in the City of New York. He carried during this period a considerable cash balance in the bank and made a regular practice of cashing pay-roll checks for firms and other individuals engaged in the manufacture of cloaks and suits and women's and children's dresses in the vicinity of his place of business. The taxpayer kept books of account, but, when visited by examining revenue agents, these books had either been lost or destroyed by fire or were otherwise not available to the examiners. Under these circumstances, the examiners determined his total bank deposits for the period in question, deducted therefrom the expenses of his business so nearly as they could be determined, and recommended the assessment of the additional tax here in question on the basis of the net income shown by the difference between the bank deposits above mentioned and the expenses so estimated.

The taxpayer's bank account was throughout the period in question used for the most part to clear checks for others, and only a small portion of his total deposits represented gross income from his business or otherwise accrued to him personally.

Counsel for the Commissioner and the taxpayer by agreement have stipulated the taxpayer's correct deficiency for the years in question, which is for the year 1919, $156.10, for the year 1921, $210.04, and have stipulated for the year 1920 there is an over-assessment of $37.06.

---

## Appeal of CONFECTIONER'S MER-CANTILE AGENCY.     Docket No. 766.

Submitted April 7, 1925; decided May 6, 1925.

*David Berdon, Esq.,* for the taxpayer.

*James T. Dortch, Esq.,* for the Commissioner.

Before JAMES, STERNHAGEN, and TRUSSELL.

The taxpayer is a New York corporation with principal offices at 438 Broadway, New York City. This appeal is from a deficiency in income and profits taxes for the year 1920 in the amount of $22,574.05. The Commissioner made a reexamination of the books of the taxpayer.

As a result of this reexamination the Commissioner, on April 7, 1925, filed with the Board a statement that no deficiency in tax exists for the year 1920.

DECISION.

The deficiency determined by the Commissioner is disallowed.